IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAHKEEM PAYNE,<br><br>Defendant. | **Case No.:** CR 25–234 AMO<br><br>**RELEASE ORDER** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Rahkeem Payne, be released from the custody of the United States Marshal on the morning of January 29, 2026, after which he is ORDERED to proceed directly to the Residential Reentry Center at 111 Taylor St., in San Francisco. It is further ORDERED that Mr. Payne have no contact with the alleged victim, B.C.G., referred to in the pending supervised release charge. All conditions of supervised release remain in effect, including the conditions, added by Hon. Araceli Martínez-Olguín, United States District Judge, on January 22, 2026, that Mr. Payne reside at a residential reentry center for a term of up to 180 days and follow the rules and regulations of the center.

IT IS SO ORDERED.

January 26, 2026
_____
Dated

_____
HON.  THOMAS S. HIXSON
United States Magistrate Judge

RELEASE ORDER
*PAYNE*, CR 25–77 AMO

1