# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Venue

---

### Petition for Summons for Person Under Supervision

---

**Person Under Supervision**
Rahkeem Maurice Payne

**Docket Number**
0971 4:25CR00234-001 AMO

**Name of Sentencing Judge:** The Honorable Rosemary Márquez
United States District Judge/District of Arizona

**Date of Original Sentence:** September 5, 2024

**Original Offense**
Count One: Conspiracy to Transport Illegal Aliens for Profit, 8 U.S.C. § 1324(a)(1)(A)(v)(I), 8 U.S.C. § 1324(a)(1)(A)(ii), and 8 U.S.C. § 1324(a)(1)(B)(i), a Class C Felony.

**Original Sentence:** Eight months of custody; three years of supervised release

**Special Conditions:** DNA collection; up to 180 days of residential reentry center placement, residential substance abuse program, or sober living in the event you do not have suitable housing; search; substance abuse treatment and testing; not use or possess alcohol' full-time employment, attend school full-time, or combination; $100.00 special assessment; permission to reside in Northern California on supervised release.

**Prior Form(s) 12:** On December 12, 2025, Your Honor issued a warrant for the arrest of Mr. Rahkeem Payne after his arrest by Pittsburg Police for domestic violence, in violation of California Penal Code, 273.5, a felony.

On January 21, 2026, Mr. Payne appeared for a Preliminary Revocation Hearing before Magistrate Judge Thomas S. Hixson and was ordered detained pending bed space in a residential reentry center.

On January 22, 2026, an order by Judge Araceli Martinez-Olguin granting probation Form 12-B, request to modify conditions, directing Mr. Payne that he must reside at a residential reentry center for a term of up to 180 days and you must follow the rules and regulations of the center.

On January 26, 2026, a release order was signed by Magistrate Judge Hixson with instructions to immediately report to the Residential Reentry Center in San Francisco and to have no contact with victim.

On April 13, 2026, Mr. Payne appeared before Your Honor for a status conference. His case was continued to July 7, 2026.

**RE:**   Payne, Rahkeem Maurice                                                                    2
0971 4:25CR00234-001 AMO

| | |
|---|---|
| **Type of Supervision** | **Date Supervision Commenced** |
| Supervised Release | January 10, 2025 |
| **Assistant U.S. Attorney** | **Date Supervision Expires** |
| Kent Stejskal | January 9, 2028 |
| **Defense Counsel** | |
| John Paul Reichmuth (AFPD) | |

### Petitioning the Court

**Petitioning the Court for the issuance of a summons for the person under supervision to appear in court before the duty Magistrate Judge for setting of further proceedings on June 3, 2026, at 10:30 am. And to take notice of the addition of Charges Two, and Three, as indicated in bold. This filing supersedes the Petition for Warrant dated December 12, 2025.**

I, Matthew Coppage, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe the person under supervision violated mandatory condition number one that he must not commit another federal, state, or local crime. |

On December 8, 2025, Mr. Payne committed domestic violence, in violation of California Penal Code, 273.5, a felony.

According to Sergeant Baker of Pittsburg Police Department, on the above date at approximately 12:00 a.m., Pittsburg Police Department (PPD) officers responded to a residence after receiving a report of domestic violence. On scene the victim indicated that Mr. Payne, her ex-boyfriend, choked her.

Mr. Payne was arrested and transported to Martinez Detention Facility, where he remains. The investiga**tive** report has been requested but has not been provided at the filing of this Form 12.

Evidence in support of this charge is contained in this officer's testimony, **and Pittsburg Police report# 25-0006561 (received).**

NDC-SUPV-FORM 12C(1)  1/12/2024

**RE:**   Payne, Rahkeem Maurice                                                            3
0971 4:25CR00234-001 AMO

| **Charge Number** | **Violation** |
|---|---|

**Two**

**There is probable cause to believe the person under supervision violated special condition number that You must reside at a residential reentry center for a term of up to 180 days. You must follow the rules and regulations of the center.**

**On April 14, 2026, Rahkeem Payne arrived at the Residential Reentry Center under the influence of alcohol. Following a breathalyzer test, he registered blood alcohol levels of 0.081 and 0.093. As a result, Mr. Payne was removed from the facility.**

**After this initial positive result, Residential staff instructed Mr. Payne to sit on an observation bench for 15 minutes. After the observation period, a subsequent test was administered, which yielded a blood alcohol level of 0.093.**

**This charge is evidenced by emails from Residential Reentry Center GEO staff dated April 14, 2026, and an incident report dated April 14, 2026.**

| **Charge Number** | **Violation** |
|---|---|

**Three**

**There is probable cause to believe the person under supervision violated special condition number five that you must not use or possess alcohol or alcoholic beverages.**

**On April 14, 2026, Mr. Payne arrived at the Residential Reentry Center under the influence of alcohol. Following a breathalyzer test, he registered blood alcohol levels of 0.081 and 0.093. Consequently, Mr. Payne was removed from the facility.**

**Staff at the Residential Reentry Center cited him for violating code 112, pertaining to the use of drugs, alcohol, intoxicants, or related paraphernalia.**

**This charge is evidenced by an incident report dated April 14, 2026.**

Based on the foregoing, there is probable cause to believe that Rahkeem Maurice Payne violated the conditions of his Supervised Release.

Respectfully submitted,                                    Reviewed by:

**RE:**   Payne, Rahkeem Maurice                                                         4
          0971 4:25CR00234-001 AMO


_____          _____
Matthew Coppage                        Jenna Russo
U.S. Probation Officer                 Supervisory U.S. Probation Officer
Date Signed: May 14, 2026

---

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☒   The issuance of a summons for the person under supervision to appear in court before the duty Magistrate Judge for identification of counsel and setting of further proceedings on June 3, 2026, at 10:30 am.

☐   Other:


5/15/2026                              _____
_____          Araceli Martínez-Olguín
Date                                   United States District Judge

**RE:**   Payne, Rahkeem Maurice                                   5
         0971 4:25CR00234-001 AMO

## APPENDIX

Grade of Violations:  A

Criminal History at time of sentencing:  III

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | Two years<br>18 U.S.C. § 3583(e)(3) | 18 to 24 months;<br>USSG §7C1.5 |
| **Supervised Release:** | Three years, less any time in custody upon revocation<br>18 U.S.C. § 3583(h) | Three years, less any time in custody upon revocation<br>USSG § 7C1.4(c) |
| **Probation:** | N/A | N/A |